IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL HATTAM,<br><br>              Plaintiff,<br><br>vs.<br><br>AMERICAN RED CROSS,<br><br>              Defendant. | 8:12CV39<br><br>ORDER |

This matter is before the court on the parties' Joint Motion for Trial Continuance and Extension Related to Trial Filings (Filing No. 51).  The parties seek to extend the all unexpired deadlines until after resolution of the defendant's Motion for Summary Judgment (Filing No. 38).  The court finds good cause exists to stay the trial in this case until resolution of the defendant's Motion for Summary Judgment.  Accordingly,

      **IT IS ORDERED:**

      1.    The parties' Joint Motion for Trial Continuance and Extension Related to Trial Filings (Filing No. 51) is granted as set forth herein.

      2.    The remaining deadlines contained in the Order Setting Final Schedule for Progression of Case (Filing No. 32) and the January 11, 2013, Text Order (Filing No. 47) are stayed.  The pretrial conference and trial are cancelled.

      3.    The parties shall have **ten (10) days** from the date the court rules on the pending Motion for Summary Judgment (Filing No. 38), in which to schedule a telephone planning conference with the court, if necessary.  Counsel for the plaintiff shall contact the chambers of the undersigned magistrate judge within such time period to schedule the telephone planning conference.

      Dated this 1st day of April, 2013.

                                                                       BY THE COURT:

                                                                       s/ Thomas D. Thalken
                                                                       United States Magistrate Judge